UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN TATE, | 1:07-cv-01439 OWW DLB (HC) |
| Petitioner, | |
| vs. | ORDER AUTHORIZING IN FORMA PAUPERIS STATUS |
| KEN CLARK, et al., | |
| Respondents. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   **October 24, 2007**              /s/ **Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE