

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

VAN TATE,

vs.

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:07-CV-1439 OWW/DLB HC

KEN CLARK, ET.AL.,

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

\_\_\_\_\_     Granted for the following reason:

_____

_____

_____

_____

  X     Denied for the following reason:

*TWO EVIDENTIARY RULINGS, ALTHOUGH ERRONEOUS DO NOT RISE TO THE LEVEL OF CONSTITUTIONAL ERROR AS TO AMOUNT TO A DENIAL OF DUE PROCESS.*

Dated: 8-7-08

OLIVER W. WANGER
United States District Judge